UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

K.J.K, et al.,
Plaintiff(s),
v.
Educational Testing Services,
Defendant(s).

Case No. 4:26-cv-12217-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Karin Bornstein Swope, an active member in good standing of the bar of Washington, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Kelly Anna Aristides, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 357856.

| | |
|---|---|
| 1809 7th Ave, Ste 1610, Seattle, WA 98101 | 840 Malcolm Road, Burlingame, CA 94010 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (206) 802-1272 | 650-259-3226 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| kswope@cpmlegal.com | karistides@cpmlegal.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24015.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 5 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/26/2026

Karin Bornstein Swope
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Karin Bornstein Swope is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/27/2026

Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 24015 |
| OF | ) | **CERTIFICATE** |
| KARIN BORNSTEIN SWOPE | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Sarah R. Pendleton, Clerk of the Supreme Court of the State of Washington, hereby certify

**KARIN BORNSTEIN SWOPE**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 4, 1994, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 23rd day of September, 2026.

Sarah R. Pendleton
Supreme Court Clerk
Washington State Supreme Court